# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3989-RSWL | Date | July 24, 2009 |
|---|---|---|---|
| Title | Pepsico, Inc. v. Muhib Shalabi, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior U.S. District Court Judge |
|---|---|

| Joseph Remigio, Relief | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  ORDER TO SHOW CAUSE

IT IS ORDERED that David C. Hilliard show cause in writing no later than AUGUST 7, 2009 why his pleadings should not be rejected for filing due to his failure to submit an Application of Non-Resident Attorney to Appear in a Specific case, along with the $185.00 pro hac vice appearance fee. (see Notice of Filing Fee Due (filed 06-04-09) **[6]**)

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, **NO ORAL ARGUMENT WILL BE HEARD AND APPEARANCES ARE NOT NECESSARY** on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of the proper response.

cc: Lydia Yurtchuk, Special Projects (via CRD)

_____ : 00

Initials of Preparer   JRE